NOT FOR PUBLICATION

FILED

OCT 22 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE LUIS CRUZ ALVAREZ, | No. 09-73343 |
| Petitioner, | Agency No. A099-581-168 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 19, 2010[**]
San Francisco, California

Before:     O'SCANNLAIN, TALLMAN and BEA, Circuit Judges.

Petitioner Jose Luis Cruz Alvarez, a native and citizen of Mexico, petitions

for review of a Board of Immigration Appeals order dismissing his appeal from an

immigration judge's ("IJ") denial of a motion for continuance regarding his

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

application for cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We deny the petition for review.

The IJ did not abuse his discretion in denying Alvarez's motion for a continuance because Alvarez did not demonstrate good cause. 8 C.F.R. § 1003.29; *see Sandoval-Luna v. Mukasey*, 526 F.3d 1243, 1247 (9th Cir. 2008) (reviewing for abuse of discretion).

**PETITION FOR REVIEW DENIED.**